IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KERRY KNOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv607-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner housed at Easterling Correctional Facility, filed this lawsuit alleging that he suffers from "incomplete quadriplegia" and that he is housed in a dorm where he is totally reliant on other prisoners to meet his basic needs, and complaining of the prison's failure to respond to his request for an accommodation or to accommodate his disability. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to file the

requisite fees or provide the court with necessary financial information in compliance with an order of this court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

However, the court nevertheless feels it necessary to bring to the plaintiff's attention that, if he seeks assistance obtaining accommodations for his disability, he may wish to bring his concerns to the attention of the following attorney, who is serving as a monitor in civil action number 14cv601-MHT *Braggs v. Dunn*:

> William Van Der Pol
> Alabama Disabilities Advocacy Program
> Box 870395
> Tuscaloosa, Alabama 35487

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2017.

                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE